

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 19-2-H-KLD |
| White Apple I-Phone Cellular Telephone belonging to Jennifer Davidson, | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 25th day of February, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

1